| | |
|---|---|
| 1 | Zachary M. Best, SBN 166035 |
| 2 | MISSION LAW FIRM, A.P.C.<br>332 North Second Street |
| 3 | San Jose, California 95112<br>Telephone (408) 298-2000 |
| 4 | Facsimile (408) 298-6046<br>Email: service@mission.legal |
| 5 | Attorneys for Plaintiff<br>Jose Acosta |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ACOSTA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>EL TARASCO RESTAURANT CORP dba<br>EL TARASCO, et al.,<br><br>　　　　　Defendants. | Case No. 1:18-cv-00475-LJO-BAM<br><br>**STIPULATION FOR CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE; ORDER**<br><br>**New Date:　　August 28 , 2018**<br>**Time:　　　　9:00 a.m.**<br>**Courtroom:　　8(BAM)** |

　　　　Plaintiff Jose Acosta ("Plaintiff") and Defendant El Tarasco Restaurant Corp dba El Tarasco ("Defendant," and together with Plaintiff, "the Parties), the parties who have appeared in this action, by and through their counsel, hereby stipulate as follows:

　　　　1.　　A Mandatory Scheduling Conference is currently set for July 19, 2018 at 9:30 a.m., and a Joint Scheduling Report is due on July 12, 2018 (Dkt. 4).

　　　　2.　　Defendant Olin Bradford Hazen ("Hazen") was served with the summons and complaint on June 22, 2018, as reflected on the proof of service filed with the Court (Dkt. 8). Hazen's responsive pleading is therefore due on July 13, 2018.

　　　　3.　　Accordingly, the Parties have not yet had the opportunity to meet and confer with counsel for Hazen, and cannot prepare the joint scheduling report without Hazen's input.

//

NOW, THEREFORE, the Parties, by and through their respective counsel, stipulate to a further continuance of the Mandatory Scheduling Conference currently set for July 19, 2018 to a date on or after August 20, 2018, to allow time for Hazen to make an appearance and for the Parties to meet and confer and prepare the joint scheduling report.

Dated: June 28, 2018                               MISSION LAW FIRM, A.P.C.

*/s/ Zachary M. Best*
Zachary M. Best
Attorneys for Plaintiff,
Jose Acosta

Dated: June 28, 2018                               HOGE, FENTON, JONES & APPEL, INC.

*/s/ John E. Belisle*
Daniel W. Ballesteros
John E. Belisle
Attorneys for Defendant,
El Tarasco Restaurant Corp. dba El Tarasco

## ORDER

Having reviewed the above stipulation to continue the initial scheduling conference, and finding good cause appearing, IT IS HEREBY ORDERED that the Scheduling Conference is continued from 7/19/2018 to **Tuesday, August 28, 2018 at 9:00 AM in Courtroom 8 before Judge Barbara A. McAuliffe**. A JOINT Scheduling Conference Report, carefully prepared and executed by all counsel, shall be electronically filed in full compliance with the requirements set forth in the Order Setting Mandatory Scheduling Conference, one (1) full week prior to the Scheduling Conference, and a copy shall be emailed, in Microsoft Word format, to bamorders@caed.uscourts.gov.
IT IS SO ORDERED.

Dated:   **June 29, 2018**                    /s/ *Barbara A. McAuliffe*
                                              UNITED STATES MAGISTRATE JUDGE